

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 3, 2020**

**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### SAN ANGELO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| MAXIMUM ELITE PIPELINE, LLC, | § | Case No. 20-60001-RLJ-11 |
| | § | |
| ELITE EQUIPMENT RENTAL & SALES, LLC | § | Case No. 20-60002-RLJ-11 |
| | § | |
| | § | Jointly Administered Under |
| Debtors | § | Case No. 20-60001-RLJ-11 |

### CORRECTED AGREED ORDER GRANTING MOTION TO TRANSFER VENUE

Upon the motion (the "<u>Motion</u>")[1] of Commercial Credit Group Inc. and Commercial Funding Inc. for entry of an order (this "<u>Order</u>"), pursuant to 28 U.S.C. 1412 and Bankruptcy Rule 1014(a), transferring the Chapter 11 Cases to the United States Bankruptcy Court for the

_____

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

1

Northern District of Texas, Dallas Division; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the Court finding that the Debtors consent to the transfer of the Chapter 11 Cases to the United States Bankruptcy Court for the Northern District of Texas, Dallas Division; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, the estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is GRANTED as set forth herein.

2. Transfer of the Chapter 11 Cases to the United States Bankruptcy Court for the Northern District of Texas, Dallas Division is in the interest of justice and convenience for the parties.

3. The Chapter 11 Cases are hereby transferred to the United States Bankruptcy Court for the Northern District of Texas, Dallas Division.

### END OF ORDER ###

Document      Page 3 of 3

**CONSENTED AND AGREED TO:**

| | |
|---|---|
| */s/ Jarom J. Yates* | */s/ Eric A. Liepins* |
| Jarom J. Yates, TBN #24071134 | Eric A. Liepins, TBN #12338110 |
| Jordan E. Chavez, TBN #24109883 | **ERIC A. LIEPINS, P.C.** |
| **HAYNES AND BOONE, LLP** | 12770 Coit Road, Suite 1100 |
| 2323 Victory Avenue, Suite 700 | Dallas, TX 75251 |
| Dallas, TX 75219 | Telephone: 972.991.5591 |
| Telephone: 214.651.5000 | Facsimile: 972.991.5788 |
| Facsimile: 214.651.5940 | Email: eric@ealpc.com |
| Email: jarom.yates@haynesboone.com | |
| Email: jordan.chavez@haynesboone.com | *Proposed Attorney for Debtors* |

and

Patrick L. Hughes, TBN #10227300
**HAYNES AND BOONE, LLP**
1221 McKinney Street, Suite 2100
Houston, Texas 77010
Telephone: (713) 547-2000
Facsimile: (713) 547-2600
Email: patrick.hughes@haynesboone.com

*Attorneys for Commercial Credit Group Inc. And Commercial Funding Inc.*

*/s/ Daniel P. Callahan*
Daniel P. Callahan, TBN #03648700
**KESSLER COLLINS, P.C.**
2100 Ross Avenue, Suite 750
Dallas, Texas 75201
Telephone: 214.379.0722
Facsimile: 214.373.4714
dcallahan@kesslercollins.com

*Attorneys for CNH Industrial Capital America, LLC*